AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 4:17 mj 1113-RN
)
Cellular Telephone Assigned Call Number )
(252) 474-4844, IMEI NUMBER 311580705522080 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___July 26, 2017___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___any Eastern Dist. of North Carolina Magistrate Judge___.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 7/12/2017 5:23 pm

*Robert T. Numbers II*
*Judge's signature*

City and state: Raleigh, North Carolina

Robert T. Numbers, II United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 4:17MJ1113RN | Date and time warrant executed: July 12, 2017 1800 | Copy of warrant and inventory left with: US Cellular |
| Inventory made in the presence of: Debra Fraser ||| 
| Inventory of the property taken and name of any person(s) seized: ||| 

Cell Site Data from July 12, 2017 @ 1800 — Aug 10, 2017 @ 1720 hours

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/11/2017

_Executing officer's signature_

KJ. Doyle   TFO
_Printed name and title_

## ATTACHMENT A

### Property to Be Searched:

1. The cellular telephone assigned call number (252) 474-4844, IMEI number 311580705522080 (hereinafter "Target Cell Phone"), whose wireless service provider is United States Cellular Corporation d/b/a U.S. Cellular, a wireless telephone service provider headquartered at One Pierce Place, Suite 800, Itasca, IL 60143 ("Provider").

2. Information about the location of the Target Cell Phone that is within the possession, custody, or control of Provider, including information about the location of the cellular telephone if it is subsequently assigned a different call number.

3. Records and information associated with the account associated with the Target Cell Phone that are stored at premises controlled by United States Cellular Corporation d/b/a U.S. Cellular, a wireless telephone service provider headquartered at One Pierce Place, Suite 800, Itasca, IL 60143.



## ATTACHMENT B

**Particular Things to be Seized:**

### I. Information to be Disclosed by the Provider

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted, but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the account listed in Attachment A for the time period of November 1, 2016 through the present:

  a. The following information about the customers or subscribers of the Account:

   i. Names (including subscriber names, user names, and screen names);

   ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

   iii. Local and long distance telephone connection records;

   iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

   v. Length of service (including start date) and types of service utilized;

   vi. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"),



Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

- vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

- viii. Means and source of payment for such service (including any credit card or bank account number) and billing records.

b. All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the account, including:

- i. Records of user activity for each connection made to or from the account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses;

- ii. Information about each communication sent or received by the account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers); and

- iii. All data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from each cellular telephone or device assigned to the Account, and per call measurement

2



data (PCMD), at times known as a Reveal Report or RTT.

## II. Information to be Seized by the Government

All information described above in Section I that constitutes evidence of violations of 21 U.S.C. §§ 846 and 841(a)(1) during the period of November 1, 2016 through the present.

## III. Location Information Related to the Target Telephone to be Disclosed by the Provider and Seized by the Government

All information about the location of the Target Cell Phone described in Attachment A for a period of thirty days from the date upon which this warrant is executed, during all times of day and night. "Information about the location of the Target Cell Phone" includes all available E-911 Phase II data, GPS data, latitude-longitude data, and other precise location information, as well as all data about which "cell towers" (i.e., antenna towers covering specific geographic areas)

and "sectors" (i.e., faces of the towers) received a radio signal from the cellular telephone described in Attachment A.

To the extent that the information described in the previous paragraph (hereinafter, "Location Information") is within the possession, custody, or control of the Provider, the Provider is required to disclose the Location Information to the government. In addition, the Provider must furnish the

3

government all information, facilities, and technical assistance necessary to accomplish the collection of the Location Information unobtrusively and with a minimum of interference with the Provider's services, including by initiating a signal to determine the location of the Target Cell Phone on the Provider's network or with such other reference points as may be reasonably available, and at such intervals and times directed by the government. The government shall compensate the Provider for reasonable expenses incurred in furnishing such facilities or assistance.

This warrant does not authorize the seizure of any tangible property. In approving this warrant, the Court finds reasonable necessity for the seizure of the Location Information. See 18 U.S.C. § 3103a(b)(2).

